*E-Filed 12/30/11*

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS H. GONZALEZ, | No. C 11-5653 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner had not paid the filing fee or filed an IFP application. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing a properly completed IFP application. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: December 30, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-5653 RS (PR)
ORDER OF DISMISSAL